**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

———————————————————
MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>,     :
                                 :
     **Petitioners,**             :
                                 :
     **v.**                       :       **Civil Action No. 05-280 (GK)**
                                 :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,     :
                                 :
     **Respondents.**            :
———————————————————:

<u>**ORDER**</u>

For the reasons set forth in this Court's Classified Memorandum Opinion of February 24, 2010,[1] it is hereby

**ORDERED,** that Petitioner Fahmi Salem Al-Assani's petition for a writ of habeas corpus is **denied.**

——————————————————    /s/ ——————————————
February 24, 2010                      Gladys Kessler
                                         United States District Judge

**Copies to:** Attorneys of Record via ECF

———————————————

[1] The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.